DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-7CB,<br><br>Plaintiff,<br><br>vs.<br><br>SHADOW CROSSING HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X inclusive, and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:16-cv-01081-JAD-GWF<br><br>**STIPULATION/JOINT MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT [ECF No. 55]**<br><br>**(First Request)** |

SFR Investments Pool 1, LLC ("SFR") and Plaintiff BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-7CB ("Bank") hereby stipulate to extend the deadline for SFR to respond to the Bank's Motion to Amend Complaint [ECF No. 55]. The Motion was filed on July 23, 2019 and, according to the Court's minute order entered on July 24, 2019, any objection is due on July 31, 2019 [ECF No. 56]. SFR intends to respond to the Motion and to object to at least a portion of the relief requested, but needs

- 1 -

additional time to fully address the issues raised in the Motion. The Bank has agreed to grant SFR a two-day extension until **Friday, August 2, 2019** to respond to the Motion. This request is made in good faith and not for purposes of delay or prejudice to any party. Since not all parties are signing the stipulation, this stipulation is being submitted as a joint motion.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 31, 2019.<br><br>KIM GILBERT EBRON<br><br>By: */s/Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | Dated: July 31, 2019.<br><br>AKERMAN, LLP<br><br>By: */s/Jamie K. Combs*<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>Jamie K. Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for The Bank Of New York Mellon* |

## **ORDER**

IT IS SO ORDERED.

DATED: August 1, 2019

_____
UNITED STATES MAGISTRATE JUDGE