ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB,<br><br>Plaintiff,<br><br>vs.<br><br>SHADOW CROSSING HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01081-JAD-EJY<br><br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

1

53775664;1

TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB, in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq. and Rex D. Garner, Esq.

DATED this 7th day of July, 2020

**AKERMAN LLP**

*/s/ Rex D. Garner*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 8, 2020

UNITED STATES MAGISTRATE JUDGE
Case No. 2:16-cv-01081-JAD-EJY

2

53775664;1