ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB,<br><br>Plaintiff,<br><br>vs.<br><br>SHADOW CROSSING HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01081-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 74 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB (**BoNYM**); Defendant SFR Investments Pool 1, LLC (**SFR**); and Defendant Shadow Crossing Homeowners Association (**HOA**), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety with prejudice.

54804915;1

Each party shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with this dismissal. The Court may close this case.

| DATED October 1, 2020. | DATED October 1, 2020. |
|---|---|
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Rex D. Garner*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | */s/ Jacqueline A. Gilbert*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 100<br>Las Vegas, Nevada 89139 |
| *Attorneys for The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB* | *Attorneys for SFR Investments Pool 1, LLC* |
| DATED October 1, 2020. | |
| **BOYACK, ORME, ANTHONY & MCKIEVER** | |
| */s/ Patrick A. Orme*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>PATRICK A. ORME, ESQ.<br>Nevada Bar No. 7853<br>7625 Dean Martin Drive, Suite 100<br>Las Vegas, Nevada 89139 | |
| *Attorneys for Shadow Crossing Homeowners Association* | |

## **ORDER**

Based on the parties' stipulation **[ECF No. 74]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 5, 2020