ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7CB,<br><br>Plaintiff,<br><br>vs.<br><br>SHADOW CROSSING HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01081-JAD-EJY<br><br>**ORDER TO RELEASE BOND** |

…

…

…

…

54962952;1

Defendant SFR Investments Pool 1, LLC (**SFR**) demanded that plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-7CB, Mortgage Pass-Through Certificates, Series 2005-7CB (**BoNYM**) post a cost bond under NRS 18.130(1) [ECF No. 12]. This court thereafter ordered BoNYM to post a $500 bond [ECF No. 19]. A $500 cash deposit was subsequently made by Akerman LLP on behalf of BoNYM [ECF No. 26]. The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1).

On October 1, 2020, the parties entered a stipulation to dismiss this matter [ECF No. 74]. On October 5, 2020, the court entered an order [ECF No. 75], closing this case. As this matter is now concluded, and no costs or charges were awarded against the plaintiff, the court will refund to Akerman LLP, on behalf of BoNYM, the $500.00 security bond, plus interest.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to disburse the full bond amount and interest payable to "Akerman LLP" and sent to its address at 1635 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 2, 2021